**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048
*Attorneys for Defendant Prime Park Vista, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARIUS M. THOMPSON<br><br>Plaintiff,<br><br>vs.<br><br>PRIME PARK VISTA, LLC, a Delaware corporation; DOES I-V, inclusive,<br><br>Defendants. | Second Judicial District<br>Court Case No. CV20-01055<br>Dept. 15<br><br>**DEFENDANT PRIME PARK VISTA, LLC'S PETITION FOR REMOVAL OF CIVIL ACTION** |

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

In accordance with 28 U.S.C. §§ 1331, 1332, 1441 and 1446, Defendant PRIME PARK VISTA, LLC. ("Defendant"), by and through its counsel, the law firm Tyson & Mendes LLP, hereby removes to this Court, Case No. CV20-01055, currently pending in Department No. 15 of the Second Judicial District Court, Washoe County, Nevada (the "Action"). The removal of the Action is based on the following grounds:

1. Plaintiff Darius M. Thompson ("Plaintiff") filed his Complaint in the Second Judicial District Court for Washoe County, Nevada on July 13, 2020. A copy of Plaintiff's Complaint is attached as **Exhibit 1.**

2. In his Complaint, Plaintiff asserts causes of action for negligence. *Id.*

3. This Court has original jurisdiction over the Action pursuant to 28 U.S. Code § 1332(a)(1), diversity of citizenship. Plaintiff is an individual and a resident of Washoe County, Nevada. Defendant is a Delaware corporation, with its headquarters in New York City, New

1  York.  Therefore, complete diversity exists in this matter.

2      4.    On May 7, 2020, Plaintiff sent Defendant a settlement demand for an amount greater than $75,000. *See* Attached **Exhibit 2**.

4      5.    Based on the allegations in Plaintiff's Complaint and Plaintiff's May 7, 2020 letter demanding that Defendant pay Plaintiff $195,000 to settle his claim, the amount in controversy in this action clearly exceeds $75,000.00. Therefore, Defendant meets the monetary requirement laid out in 28 U.S. Code § 1332(a)(1).

8      6.    Defendant meets the requirements for removal to federal court as outlined in 28 U.S.C. § 1446(b),

10     7.    A copy of the Complaint and Summons were served on Defendant on July 14, 2020. Therefore, it has been less than thirty (30) days since Defendant received a copy of the initial pleading setting forth the claims for relief upon which the Action is based.

13     8.    Defendant has not yet responded to the Complaint.

14     9.    Defendant is the sole named defendant in Plaintiff's Complaint other than fictitious "DOE Defendants".

16     10.    A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Second Judicial District Court of the State of Nevada, in and for the County of Washoe.

DATED this 3rd day of August 2020.

TYSON & MENDES LLP

*/s/ Christopher A. Lund*
THOMAS E. MCGRATH
Nevada Bar No. 7086
CHRISTOPHER A. LUND
Nevada Bar No. 12435
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel:  (702) 724-2648
*Attorneys for Defendant Prime Park Vista, LLC*

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Tyson & Mendes LLP, hereby certifies that on the 3rd day of August 2020, a copy of the foregoing **DEFENDANT PRIME PARK VISTA, LLC'S PETITION FOR REMOVAL OF CIVIL ACTION**, was served electronically to all parties of interest through the Court's CM/ECF system as follows:

William R. Kendall, Esq.
137 Mt. Rose Street
Reno, NV  89509
*Attorney for Plaintiff*

                                                  */s/ Kathryn Savage-Koehm*
                                                  An employee of Tyson & Mendes LLP

# INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION OF EXHIBIT | PAGE NUMBER |
|---|---|---|
| 1 | Plaintiff's Complaint | 1 - 6 |
| 2 | May 7, 2020 Settlement Demand | 7 - 10 |