**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048
*Attorneys for Defendant Prime Park Vista, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARIUS M. THOMPSON | Case No. 3:20-cv-00451-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| PRIME PARK VISTA, LLC, a Delaware corporation; DOES I-V, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Darius M. Thompson and Defendant Prime Park Vista, LLC, by and through their respective undersigned counsel of record, that Plaintiff's Complaint and all claims against Defendant be dismissed with prejudice with each party to bear their own attorney's fees and costs.

///
///
///
///
///
///
///
///

1

The grounds for the stipulation and dismissal are the Parties have entered into a confidential settlement agreement and resolved all issues between them.

**IT IS SO STIPULATED AND AGREED:**

DATED this 7 day of December 2020.     DATED this 7th day of December 2020.

TYSON & MENDES LLP

_____          _____
WILLIAM R. KENDALL                 THOMAS E. MCGRATH
Nevada Bar No. 3453                Nevada Bar No. 7086
137 Mt. Rose Street                CHRISTOPHER A. LUND
Reno, Nevada 89509                 Nevada Bar No. 12435
*Attorney for Plaintiff Darius Thompson*   3960 Howard Hughes Parkway, Suite 600
                                   Las Vegas, Nevada 89169
                                   Tel: (702) 724-2648
                                   *Attorneys for Defendant Prime Park Vista, LLC*

### ORDER

IT IS SO ORDERED that Plaintiff Darius Thompson's Complaint in the above-entitled matter be dismissed with prejudice, with each party to bear their own respective fees and costs.

Dated this 8th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

TYSON & MENDES LLP

_____
THOMAS E. MCGRATH
Nevada Bar No. 7086
CHRISTOPHER A. LUND
Nevada Bar No. 12435
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648